

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

ROBERT J. ROHRBERGER
Direct Dial: 973-994-7543
Email Address: rrohrberger@Foxrothschild.com

April 6, 2015

**VIA ECF**

Honorable Steven C. Mannion, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

> Re: *ADP Dealer Services, Inc., et al. v. S. Cal. Fleet Services, Inc., et al.,*
> Civil Action No. 13-334 (SDW) (SCM)

Dear Judge Mannion:

I am writing in response to Mr. Castellano's letter to the Court on Friday evening requesting a conference regarding a proposed motion for a contempt citation regarding Plaintiff's response to the February 19, 2015 Order in this case. Attached is a copy of a letter that I emailed to Mr. Castellano also on Friday evening addressing Plaintiff's response to the Order. I am not including the enclosures, which represented the beginning of the rolling production of documents. As reflected in my letter, this has been a difficult, time-consuming, and expensive task for Plaintiff.

We had intended to provide our letter to defense counsel prior to the close of business on Friday, but I was finalizing the production myself in the absence of support personnel and ran into a number of technological difficulties. In the end, our letter was, by coincidence, sent simultaneously with the receipt of counsel's letter to the Court at exactly 5:16 p.m. I have asked Mr. Castellano to withdraw his letter and his request for a motion on a contempt citation, but I have not yet received a response.

Respectfully submitted,

/s/ Robert J. Rohrberger

Robert J. Rohrberger
Enclosure

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia
     Florida   Nevada   New Jersey   New York   Pennsylvania

29558128



Honorable Steven C. Mannion, U.S.M.J.
April 6, 2015
Page 2


Cc:   Honorable Susan D. Wigenton (via regular mail)
      Carmine J. Castellano (via ECF)

29558128



Fox Rothschild LLP
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800 Fax 973.992.9125
www.foxrothschild.com

Stanley Goodman, Esq.
Office Managing Partner

LAUREN J. TALAN
Direct Dial: 973-994-7514
Email Address: LTalan@FoxRothschild.com

April 3, 2015

**VIA EMAIL**

Carmine Castellano, Esq.
Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, New York 10036

Re:   **ADP Dealer Services, Inc. v. Southern California Fleet Services, Inc.** *et al..*
      **Civil Action No. 13-334 (SDW)(SCM)**

Dear Carmine:

As indicated in Plaintiffs' supplemental response to Interrogatory No. 22, Plaintiffs have searched the Vision Case Log database for entries using the following search terms (with variations of the root words) that were based upon Defendant's counterclaims and defenses: suitability, customizability, training, invoices, small fields, business model/needs, work order numbers and mobile techs. The following summarizes those results and begins Plaintiffs' rolling production.

As we previously advised, no results were identified using the terms "business model" or "business needs." The results from the searches conducted for the terms suitability, customizability, training, and invoices (and variations thereof) yielded an extremely large number of hits due to the commonality of these terms and our review of the results indicated that the results included many irrelevant and non-responsive documents. Plaintiffs attempted to narrow the search results for these terms using additional and more specific words, but the "narrowed" searches did not result in the retrieval of what Plaintiff believes to be responsive documents of "similar complaints" and still contained many irrelevant documents. In part this is due to the vision Case Log database itself, as it documents conversations with clients about every day issues, questions, "help desk" issues, problems and troubleshooting. It is designed to maintain a record that can be referenced on a customer by customer basis, not as a general database of "complaints." Moreover, much of the results did not appear to be "complaints" but

Case 2:13-cv-00334-SDW-SCM   Document 81   Filed 04/06/15   Page 4 of 5 PageID: 766



Fox Rothschild LLP
ATTORNEYS AT LAW

Carmine Castellano, Esq.
April 3, 2016
Page 2

rather troubleshooting or common client questions that were not relevant or responsive to Defendant's request for "similar complaints."

Accordingly, with much reluctance, to be in full compliance with the Order dated February 19, 2015, and because narrowing down the results to only find "similar complaints" has proven not possible, Plaintiffs are ready to produce the full search results so that Defendant can review them and decide if they believe any of the log entries are responsive to its request for "similar complaints." These productions have not been narrowed by Plaintiffs beyond the initial search criteria and are the result of the following searches, showing the number of hits and page results:

| Search Terms | Hits | Pages |
|---|---|---|
| "Suitability" or "suitable" or "compatible" or "incompatible" | 6,400 | 28,022 pages |
| "Customize", "customizability" | 25,000 | 81,544 pages |
| "Invoice" within same entry as: "incomplete", "edit", "edited", "credit memo", "work order numbers", "difficult to read", "input", "notes", "note field" | 17,700 | 168,218 pages |
| "Training" within same entry as: "problem", "incomplete", "inconsistent", "different/differently", "satisfaction/satisfactory", "consistent/consistency", "inadequate", "insufficient". | ~15,000 | 116,266 pages |
| "mobile techs" | 6 | 25 pages |
| "rigid" | 300 | 450 pages |
| "field" near the term "small" | 800 | 4,328 pages |
| "work order numbers | 400 | 1,571 pages |

Because we have not had the opportunity to review all of these documents, we are provisionally designating them all Attorneys Eyes Only. If you identify any documents that you believe are responsive and relevant and should not bear that designation, please bring them to our attention and we will be prepared to reconsider the designation if appropriate.

Plaintiffs are ready to produce with this email the results for "mobile techs," "rigid," "field near the term small," and "work order number." The remaining productions, due to their size, are still



Carmine Castellano, Esq.
April 3, 2016
Page 3

being processed and Plaintiffs expect to have those productions burned onto a disc by Monday, Tuesday at the latest to send to Defendant.

Very truly yours,

/s/  Lauren J. Talan

Lauren J. Talan

Enclosures