Robert J. Rohrberger, Esq.
Lauren J. Talan, Esq.
FOX ROTHSCHILD LLP
75 Eisenhower Parkway, Suite 201
Roseland, NJ 07068-1600
(973) 992-4800
(973) 992-9125 (fax)
rrohrberger@foxrothschild.com
ltalan@foxrothschild.com
*Attorneys for Plaintiffs ADP Dealer Services, Inc.
and ADP Commercial Leasing, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

| | |
|---|---|
| ADP DEALER SERVICES, INC., as successor-in-interest to ADP, Inc. and ADP COMMERCIAL LEASING, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN CALIFORNIA FLEET SERVICES, INC.,<br><br>Defendant. | Civil Action No.: 2:13-cv-00334-SDW-SCM<br><br>**CONSENT ORDER ADMITTING ROBERT H. NUNNALLY, JR., ESQ.** *PRO HAC VICE* |

THIS MATTER having come before the Court on the application of counsel for Plaintiffs ADP Dealer Services, Inc. and ADP Commercial Leasing, LLC (collectively, "Plaintiffs"), pursuant to L. Civ. R. 101.1 of the Rules of the United States District Court for the District of New Jersey for an Order admitting Robert H. Nunnally, Jr., Esq. of the law firm Wisener* Nunnally*Roth, LLP to appear before this Court *pro hac vice* for the purposes of acting as counsel to Plaintiffs in this action; the Court having been advised that the attorneys for Defendant, Southern California Fleet Services, Inc. ("Defendant") consents to the relief sought

herein; and the Court having considered the submissions in support of that motion; and for good cause shown:

IT IS on this _5_ day of _6_, 2015,

ORDERED that the application for admission *Pro Hac Vice* of Robert H. Nunnally, Jr., Esq. is hereby GRANTED; and

IT IS FURTHER ORDERED that, pursuant to Local Rule 101.1(c), Robert H. Nunnally, Jr., Esq. of the law firm Wisener*Nunnally*Roth, LLP is hereby permitted to appear before this Court *pro hac vice* for the purposes of acting as counsel to Plaintiffs in this action; provided, however, that all pleadings, briefs and other papers filed with the Court shall continue to be signed by a member or associate of the firm of Fox Rothschild LLP, attorney of record for Plaintiffs and members in good standing of the New Jersey bar, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and

IT IS FURTHER ORDERED that, pursuant to Local Civil Rule 101.1(c)(2), for the duration of this action Mr. Nunnally shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28- 2(a); and

IT IS FURTHER ORDERED that Mr. Nunnally shall make payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey, in accordance with Local Civil Rule 101.1(c)(3) within twenty (20) days from the date of entry of this Order; and

IT IS FURTHER ORDERED that, pursuant to Local Civil Rule 101.1(c)(4), for the duration of this action Mr. Nunnally shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and

IT IS FURTHER ORDERED that Mr. Nunnally shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1 Judicial Ethic and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

IT IS FURTHER ORDERED that a true copy of the within Order shall be served upon all counsel within seven (7) days of receipt hereof by attorneys for Defendant.

HONORABLE STEVEN C. MANNION, U.S.M.J.

13cv 334